UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JON NORTHRUP                                                      Chapter 13
PATRICIA NORTHRUP                                                 5:16-bk-00257-RNO

DEBTORS' MOTION TO CONTINUE

AND NOW, come the Debtors, Jon Northrup and Patricia Northrup, by and through their attorney, Richard R. Jennings, and aver as follows:

1. A Confirmation Hearing/Hearing Upon Objection To Confirmation Of Plan is scheduled for July 27, 2016 at 9:30 a.m. at 197 South Main Street, Courtroom 2, Max Rosenn U.S. Courthouse, Wilkes-Barre, PA 18701.

2. Debtors request a continuance of said hearing until after the Proof of Claim of U.S. Bank National Association is filed which would afford Debtors and the undersigned an opportunity to review the Proof of Claim.

3. The final payment on the Buick Park Avenue, listed in Schedule A/B, has been made, and thereby, the resulting increase in disposable income can be applied toward the U.S. Bank Association Proof of Claim.

4. The Chapter 13 Trustee has no objection to the continuance.

5. Debtor was unable to contact Counsel for U.S. Bank National Association to see whether Counsel consents to the continuance.

   IN WITNESS WHEREOF, Debtors respectfully move that this Honorable Court continue the Hearing scheduled for July 27, 2016 at 9:30 a.m.

   */s/ Richard R. Jennings*
   _____
   Richard R. Jennings, Esquire
   Jennings Law Office
   PO Box 297
   Sayre, PA 18840
   570-423-1245
   FAX 570-843-4798
   attorneyrickjennings@gmail.com
   Attorney Id. No. 87356
   Attorney for Debtors
   Dated July 26, 2016

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JON NORTHRUP                                              Chapter 13
PATRICIA NORTHRUP                                         5:16-bk-00257-RNO

## ORDER

AND NOW, this _____ day of July, 2016, the Debtors' Motion To Continue is granted and the Confirmation Hearing/Hearing Upon Objection To Confirmation Of Plan is scheduled for the _____ day of _____, 2016 at _____m.

_____
J.