```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00257-RNO
Jon David Northrup                                              Chapter 13
Patricia Ann Northrup
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor          Page 1 of 1          Date Rcvd: Jul 27, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2016.
db/jdb        +Jon David Northrup,   Patricia Ann Northrup,   101 Academy Street,   Sayre, PA 18840-9241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association, Et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Richard R. Jennings   on behalf of Joint Debtor Patricia Ann Northrup
               attorneyrickjennings@gmail.com
              Richard R. Jennings   on behalf of Debtor Jon David Northrup attorneyrickjennings@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JON NORTHRUP				Chapter 13
PATRICIA NORTHRUP			5:16-bk-00257-RNO

<u>ORDER</u>

AND NOW, this 27th day of July, 2016, the Debtors' Motion To Continue, with the consent of counsel for US Bank, NA and the Chapter 13 Trustee, is hereby GRANTED; and it is

FURTHER ORDERED that the continued Confirmation Hearing is scheduled for August 31, 2016 at 9:30 a.m., Courtroom No. 2, Max Rosenn US Courthouse, 197 S. Main Street, Wilkes-Barre, PA.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge
(PAR)

Dated: July 27, 2016