UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JON NORTHRUP                                           Chapter 13
PATRICIA NORTHRUP                                      5:16-bk-00257-RNO

CERTIFICATE OF SERVICE

I, Richard Jennings, Esquire, hereby certify that I have caused to be served this 30th day of August, 2016, a true and correct copy of the foregoing 1st Amended Chapter 13 Plan and Notice of Confirmation Hearing by way of United States Postal Service First Class at the following addresses:

Capital One/Bon Ton
Po Box 30253
Salt Lake City UT 84130-0253

Chase
PO Box 24696
Columbus OH 43224-0696

Chase/Bank One Card Serv
PO Box 15298
Wilmington DE 19850

Citifinancial
605 Munn RDC/S Care Dept
Fort Mill SC 297115

First Citizens National Bank
15 S. Main St.
Mansfield PA 16933-1507

Santander Consumer USA
8585 N. Stemmons FWY STE 1000
Dallas TX 75247

Law Office Thomas Reed
88 Tioga Ave Ste 201
Corning NY 14830

DiTech Financial LLC
PO Box 6172
Rapid City SD 577098

WF Financial Cards
CSCL DSP TM MAC N8235-04M
PO Box 14517
Des Moines IA 50306

M&T Bank Mortgages
1 Fountain Plaza
Buffalo NY 14203

Burton and Neil Associates
(Citibank/N.A. Sears)
1060 Andrew Drive Ste 170
West Chester PA 19380

Williams Oil and Propane
44 Reuter Blvd
Towanda PA 18848

First National Collection Bureau
610 Waltham Way
Sparks NV 89434
(Wells Fargo Bank)

John H. Murray and Son
2592 Pennsylvania Ave.
Sayre PA 18840

Athens Animal Hospital
475 Riverside Dr.
Athens PA 18810