# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia Ann Northrup<br>　　　　Jon David Northrup<br>　　　　　　　　　　Debtors | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2003-HE1, Asset Backed Certificates Series 2003-HE1, its successors and/or assigns<br>　　　　　　　　　　Moving Party<br>　　　　vs. | NO. 16-00257 RNO<br><br>11 U.S.C. Section 362 |
| Patricia Ann Northrup<br>Jon David Northrup<br>　　　　　　　　　　Debtors | |
| Charles J. DeHart, III Esq.<br>　　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2003-HE1, Asset Backed Certificates Series 2003-HE1, which was filed with the Court on or about April 28, 2016.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

August 31, 2016