UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JON DAVID NORTHRUP and PATRICIA ANN NORTHRUP<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | : | |
| vs. | : | |
| JON DAVID NORTHRUP and PATRICIA ANN NORTHRUP<br>Respondent(s) | : | CASE NO. 5-16-bk-00257 |

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 8th day of February, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Proof of Claim for Chase.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Agatha R. McHale
         Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 8th day of February, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Richard Jennings, Esquire
P.O. Box 297
Sayre, PA   18840

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee