```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 16-00257-JJT
Jon David Northrup                                                Chapter 13
Patricia Ann Northrup
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: AGarner             Page 1 of 1              Date Rcvd: Aug 21, 2017
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
4918688        +JPMorgan Chase Bank, N.A.,    Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, Et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Richard R. Jennings    on behalf of Joint Debtor Patricia Ann Northrup
               attorneyrickjennings@gmail.com
              Richard R. Jennings    on behalf of Debtor Jon David Northrup attorneyrickjennings@gmail.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, Et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-00257-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Jon David Northrup
101 Academy Street
Sayre PA 18840

Patricia Ann Northrup
101 Academy Street
Sayre PA 18840

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/21/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: JPMorgan Chase Bank, N.A., Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203

Name and Address of Transferee:

U.S. Bank, National Association, as Tru
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
U.S. Bank, National Association, as Tru
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/23/17

Terrence S. Miller
**CLERK OF THE COURT**