UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JON DAVID NORTHRUP  Case No.: 5-16-00257-RNO
PATRICIA ANN NORTHRUP  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: SELECT PORTFOLIO SERVICING
Court Claim Number: 02
Last Four of Loan Number: 8245/PRE ARREARS/101 4TH ST AKA 101 ACADEMY ST
Property Address if applicable: 101 ACADEMY STREET, SAYRE, PA 18840 AKA 101 FOURTH STREET, SAYRE, PA 18840

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $23,959.60 |
| b. | Prepetition arrearages paid by the Trustee: | $23,959.60 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $23,959.60 |

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  March 24, 2021                          Respectfully submitted,

                                          s/ Charles J. DeHart, III, Trustee
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          eMail:  dehartstaff@pamd13trustee.com

Creditor Name: SELECT PORTFOLIO SERVICING
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-------------|--------|-------------|
| 5200 | 1174958 | 10/11/2017 | $3,515.44 | $0.00 | $3515.44 |
| 5200 | 1176300 | 11/08/2017 | $521.48 | $0.00 | $521.48 |
| 5200 | 1177686 | 12/05/2017 | $521.48 | $0.00 | $521.48 |
| 5200 | 1179122 | 01/11/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1180484 | 02/08/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1183227 | 04/03/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1186362 | 05/15/2018 | $1,042.96 | $0.00 | $1042.96 |
| 5200 | 1187607 | 06/07/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1189043 | 07/12/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1190398 | 08/09/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1191696 | 09/06/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1193060 | 10/10/2018 | $521.48 | $0.00 | $521.48 |
| 5200 | 1194407 | 11/08/2018 | $519.25 | $0.00 | $519.25 |
| 5200 | 1195819 | 12/13/2018 | $519.25 | $0.00 | $519.25 |
| 5200 | 1197184 | 01/10/2019 | $519.25 | $0.00 | $519.25 |
| 5200 | 1199554 | 03/12/2019 | $1,038.50 | $0.00 | $1038.50 |
| 5200 | 1200943 | 04/11/2019 | $519.25 | $0.00 | $519.25 |
| 5200 | 1202263 | 05/09/2019 | $519.25 | $0.00 | $519.25 |
| 5200 | 1203579 | 06/06/2019 | $519.25 | $0.00 | $519.25 |
| 5200 | 1204983 | 07/11/2019 | $519.25 | $0.00 | $519.25 |
| 5200 | 1206327 | 08/07/2019 | $519.25 | $0.00 | $519.25 |
| 5200 | 1207837 | 09/26/2019 | $519.25 | $0.00 | $519.25 |
| 5200 | 1208878 | 10/10/2019 | $543.79 | $0.00 | $543.79 |
| 5200 | 1210073 | 11/07/2019 | $520.36 | $0.00 | $520.36 |
| 5200 | 1211448 | 12/12/2019 | $520.36 | $0.00 | $520.36 |
| 5200 | 1212808 | 01/16/2020 | $520.36 | $0.00 | $520.36 |
| 5200 | 1214158 | 02/13/2020 | $520.36 | $0.00 | $520.36 |
| 5200 | 1215465 | 03/12/2020 | $520.36 | $0.00 | $520.36 |
| 5200 | 1216744 | 04/14/2020 | $520.36 | $0.00 | $520.36 |
| 5200 | 1217728 | 05/06/2020 | $501.96 | $0.00 | $501.96 |
| 5200 | 1219735 | 07/07/2020 | $1,003.92 | $0.00 | $1003.92 |
| 5200 | 1220781 | 08/12/2020 | $501.96 | $0.00 | $501.96 |
| 5200 | 1221841 | 09/17/2020 | $501.96 | $0.00 | $501.96 |
| 5200 | 1222824 | 10/15/2020 | $501.96 | $0.00 | $501.96 |
| 5200 | 1224606 | 12/10/2020 | $1,015.06 | $0.00 | $1015.06 |
| 5200 | 1226387 | 01/19/2021 | $507.53 | $0.00 | $507.53 |
| 5200 | 1227405 | 02/17/2021 | $274.35 | $0.00 | $274.35 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JON DAVID NORTHRUP  Case No.: 5-16-00257-RNO
PATRICIA ANN NORTHRUP  Chapter 13
　　　Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| RICHARD R JENNINGS, ESQ<br>JENNINGS LAW OFFICE<br>P.O. BOX 297<br>SAYRE PA, 18840-0297 | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING, INC<br>217 S. DECKER LAKE DRIVE<br>SALT LAKE CITY, UT, 84115 | SERVED BY 1ST CLASS MAIL |
| JON DAVID NORTHRUP<br>PATRICIA ANN NORTHRUP<br>101 ACADEMY STREET<br>SAYRE, PA 18840 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com