United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 16-00257-HWV
Jon David Northrup                           Chapter 13
Patricia Ann Northrup
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                               Page 1 of 2
Date Rcvd: Jun 15, 2021                   Form ID: fnldecnd                             Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jon David Northrup, Patricia Ann Northrup, 101 Academy Street, Sayre, PA 18840-9241 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4744390 | + | Athens Animal Hospital, 475 Riverside Dr, Athens, PA 18810-9377 |
| 4744379 | | Citifinancial, 605 Munn RDC/S Care Dept., Fort Mill, SC 29715 |
| 4744380 | + | First Citizens National Bank, 15 S. Main St., Mansfield, PA 16933-1590 |
| 4744389 | + | John E. Murray and Son, 2592 Pennsylvania Ave., Sayre, PA 18840-2855 |
| 4744382 | + | Law Office of Thomas Reed, 88 Tioga Ave Ste 201, Corning NY 14830-2882 |
| 4744385 | + | M&T Bank Mortgages, 1 Fountain Plaza, Buffalo, NY 14203-1420 |
| 4744381 | + | Santander Consumer USA, 8585 N. Stemmons Fwy Ste 1000, Dallas, TX 75247-3800 |
| 4749013 | + | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 4959388 | + | U.S. Bank, National Association, as Tru, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 4959389 | + | U.S. Bank, National Association, as Tru, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, U.S. Bank, National Association, as Tru 84119-3284 |
| 4744384 | + | WF Financial Cards, CSCL DSP TM MAC N8235-o4M, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4744386 | + | Email/Text: notices@burt-law.com | Jun 15 2021 18:52:00 | Burton and Neil Associates, Citibank/N.A. Sears, 1060 Andrew Drive Ste 170, West Chester, PA 19380-5601 |
| 4744376 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 15 2021 19:07:24 | Capital One/Bon Ton, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 4744388 | + | Email/Text: bankruptcy@fncbinc.com | Jun 15 2021 18:50:00 | First National Collection Bureau, Wells Fargo Bank, 610 Waltham Way, Sparks, NV 89437-6695 |
| 4918688 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 19:07:22 | JPMorgan Chase Bank, N.A., Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 4744377 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 19:07:23 | Chase, PO Box 24696, Columbus, OH 43224-0696 |
| 4744378 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 19:07:23 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850 |
| 4744387 | + | Email/Text: reastabrook@godandy.com | Jun 15 2021 18:51:00 | Williams Oil and Propane, 44 Reuter Blvd, Towanda, PA 18848-2153 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4744383 | ##+ | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-HE1, Asset-Backed Certificates, Series 2003-HE1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association  Et al... bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association  Et al... josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank  National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-HE1, Asset-Backed Certificates, Series 2003-HE1 bkgroup@kmllawgroup.com |
| Richard R. Jennings | on behalf of Debtor 2 Patricia Ann Northrup attorneyrickjennings@gmail.com |
| Richard R. Jennings | on behalf of Debtor 1 Jon David Northrup attorneyrickjennings@gmail.com |
| Thomas I Puleo | on behalf of Creditor U.S. Bank National Association  Et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jon David Northrup,
    **Debtor 1**

Patricia Ann Northrup,
    **Debtor 2**

Chapter    13

Case No.    5:16−bk−00257−HWV

Social Security No.:
    xxx−xx−6257      xxx−xx−9513

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Jon David Northrup and Patricia Ann Northrup** in accordance with §1328 of the Bankruptcy Code.

Dated: June 15, 2021

By the Court,

*(signature)*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**fnldec** (10/20)